

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00522-CR

Marcell Lawrence **CALVIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR3378
Honorable Ray Olivarri, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the Motion to Dismiss Appeal is GRANTED, and this appeal is DISMISSED.

SIGNED February 26, 2020.

_____
Irene Rios, Justice